NOTE: CHANGES MADE BY THE COURT

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEE SOOK AHN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARCELO REYES D/B/A LOS REYES NATURAL FRUIT DRINK; TRANS PLUS LLC; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 2:21-cv-00509 RGK (MRWx)**<br>**Assigned to R. Gary Klausner**<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |

[PROPOSED] ORDER

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with

Prejudice.  ~~with the Court to retain jurisdiction up until June 20, 2021.~~

SO ORDERED.

DATED: May 24, 2021

*Gary Klausner*
_____
United States District Court Judge